UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JASON FOX and
CHRISTINA FOX,

    Plaintiffs,

v.                               CASE NO. 8:16-cv-2665-T-23JSS

SAFECO INSURANCE
COMPANY OF ILLINOIS, et al.,

    Defendants.
_____/

## ORDER

In a thorough report and recommendation (Doc. 146), Magistrate Judge Sneed recommends denying Safeco of Illinois's motion to exclude the testimony of plaintiffs' experts Michael Shahnasarian and F.A. Raffa. More than fourteen days after the recommendation, no objection appears. The report and recommendation (Doc. 146) is **ADOPTED**, and the motion (Doc. 68) is **DENIED**.

ORDERED in Tampa, Florida, on February 8, 2018.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE